# EXHIBIT A

| Attorney(s) | Natalie B. Wells |
|---|---|
| Office Address | 77 TENAFLY ROAD ,  ENGLEWOOD |
| Town, State, Zip Code | Englewood, NJ 07631 |
| Telephone Number | (201) 543-3346 |
| Attorney(s) for Plaintiff | FOR Herself |

**Superior Court of New Jersey**

Bergen _____ COUNTY

LAW _____ DIVISION

Docket No:

Natalie B. Wells
_____
          Plaintiff(s)

          Vs.

COUNTRYWIDE HOME LOANS, INC., et al
_____

          Defendant(s)

**CIVIL ACTION
SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

   If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

   If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

                                        _____
                                        Jennifer M. Perez,
                                        Acting Clerk of the Superior Court

DATED: _____

Name of Defendant to Be Served: _____

Address of Defendant to Be Served: _____

NOTE: The Case Information Statement is available at www.njcourts.com.

Revised 09/01/2010, CN 10792-English (Appendix XII-A)                    page 1 of 4

# Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

Revised 09/01/2010, CN 10792-English (Appendix XII-A)
Directory of Superior Court Deputy Clerk's Offices / County Lawyer Referral and Legal Services
Revised 11/2010, CN: 10153-English

Page 2 of 4

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House--1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

## PERSONAL ACKNOWLEDGMENT

STATE OF NEW JERSEY
COUNTY OF BERGEN

I CERTIFY THAT ON _Oct 26_ 2011,

Natalie B. Wells, Personally came before me and acknowledged

inside her private religious beliefs, to my satisfaction, that, this

God Made Human Sentient Being,

   (A)  Is named in and personally signed this document

   (B)  Signed, sealed and delivered this document as her private

       acts and deed.

_____

Natalie B. Wells, All Rights Reserved, UCC 1-308

Title: Plaintiff

NOTARY PUBLIC

DEVRY B PAZANT
Notary Public
State of New Jersey
My Commission Expires Jun 27, 2012

MY COMMISSION EXPIRES

Case 2:13-cv-07556-SDW-MCA Document 1-2 Filed 12/28/11 Page 7 of 26 PageID: 12
Case 2:13-cv-07556-SDW-MCA Document 19736-1 Filed 12/28/11 Page 7 of 26 PageID: 292996

Page | 1

Natalie B. Wells,
77 TENAFLY ROAD
ENGLEWOOD, NJ 07631
Plaintiff, For Herself
(201)-543-3346

<table>
<tr>
<td>

Natalie B. Wells
Plaintiff-Settlor,

Vs.
COUNTRYWIDE HOME LOANS, INC.
BAC HOME LOANS SERVICING, L.P.
COUNTRYWIDE HOME LOANS SERVICING LP
BANK OF AMERICA, N.A.
POWERS KIRN, LLC
EDWARD W. KIRN, III, ESQ
CHRISTOPHER D. ACKLEY, ESQ
SARAH E. POWERS
RED OAK MERGER CORPORATION
MICHELE SJOLANDER
GEORGE GREENE
CHICAGO TITLE SERVICELINK DIVISION
FIDELITY NATIONAL FINANCIAL (FNF)
JOHN/JANE DOES ONE to INFINITY, *such
entities being unknown to plaintiffs
at this time but who may have legal
claims against the property capable
Of clouding its title.*

Defendants-Claimants

</td>
<td>

**SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, CIVIL PART**

**BERGEN COUNTY**

<u>**DOCKET NO:**</u>  L 7890-11

**CIVIL ACTION**

**COMPLAINT TO QUIET TITLE TO
PROPERTY LOCATED AT 77 TENFLY
ROAD, ENGLEWOOD, NJ 07631 <u>AGAINST
ALL THE WORLD</u>**

**PURSUANT TO RULE 4:62**

**JURY TRIAL DEMANDED**

SUPERIOR COURT BERGEN COUNTY
F I L E D

SEP 1 6 2011

DEPUTY CLERK

</td>
</tr>
</table>

## <u>PRELIMINARY STATEMENT</u>

Natalie B. Wells, the plaintiff in this action standing in her unalienable

sovereign capacity, on the true soil of *de jure* New Jersey State as an

American National, residing at 77 Tenafly Road, NJ 07631, Englewood,

County of Bergen, New Jersey State, complaining against defendants and all

the world, appears and states as follows:

1.    Plaintiff is at all times herein mentioned the bona fide title holder and secured party of the property in this action, accurately described as 77 Tenafly Road, NJ 07631, Englewood, County of Bergen, New Jersey State.

2.    The said property and land is identified on the tax map of Bergen County, Municipality of Englewood as commonly known as Lot 20, Block 608.

## PARTIES TO THE ACTION

3.    Upon information and belief defendants-claimants **COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP A/K/A BAC HOME LOANS SERVICING, LP,** are foreign corporations doing business in the State of New Jersey. Plaintiff is unsure if these entities are authorized to do business in the STATE OF NEW JERSEY, but hopes to factually verify that presumption at trial.

4.    Upon information and belief defendant-claimant **MICHELE SJOLANDER,** is a nationally known fabricator famous for verifying and imprinting WITH THE WORDS "**WITHOUT RECOURSE**" UPON THE fabricated conveyances and assignments for defendants-claimants **COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP A/K/A BAC HOME LOANS SERVICING, LP AND BANK OF AMERICA, N.A., in different jurisdictions across**

**the United States of America.** Plaintiff hopes to uncover her true identity, job history and other such pertinent facts to this action at trial.

5.      Upon information and belief defendant-claimant **GEORGE GREENE** is a NOTARY PUBLIC AND WAS RESPONSIBLE FOR FORGING plaintiff's signature on the day of **JUNE 1, 2007**, thereby causing a continuing and perpetual cloud to remain upon the title to her property.

6.      Upon information and belief defendant-claimant **BANK OF AMERICA, N.A., is U.S. PERSON** nationally chartered by the OFFICE OF COMPTROLLER OF CURRENCY. Plaintiff intends to factually ascertain at trial whether it surreptitiously acted as a REAL ESTATE INVESTMENT TRUST (REIT), or other such similar entity, when it appeared in New Jersey Courts claiming to be a beneficiary of a secretive arrangement with **COUNTRYWIDE HOME LOANS SERVICING LP.** Plaintiff is unsure if this entity is authorized to do business in the STATE OF NEW JERSEY, but hopes to factually verify that presumption at trial.

7.      Upon information and belief defendants-claimants **RED OAK MERGER CORPORATION ("RED OAK"), IS A** DELAWARE CORPORATION doing business in the State of New Jersey. Plaintiff is unsure if this entity is authorized to do business in the STATE OF NEW JERSEY, but hopes to factually verify that presumption at trial. Plaintiff has sued this entity upon

the information and belief that defendant **BANK OF AMERICA, N.A.,**

used it as a vehicle to shield the assumption of "DEBT" accumulated by

**COUNTRYWIDE HOME LOANS, INC., but only "acquired" the**

**"servicing business" of COUNTRYWIDE,** but has returned to assert

ownership claims upon property of plaintiff of an alleged debt it NEVER

ASSUMED/ACQUIRED in the first place; since as an FDIC INSURED

ENTITY IT MUST REMIAN BANKCRUPTCY REMOTE, thereby

practicing criminal unjust enrichment, double-dipping, and fraud.

8.    Upon information and belief defendant-claimant **CHICAGO TITLE**

**SERVICELINK DIVISION, is a subsidiary of defendant FIDELITY**

**NATIONAL FINANCIAL (FNF),** both entities claim to be in the business

of underwriting the process of title transfers in properties such as the one in

this action.  Plaintiff is unsure if they are authorized to do business in the

STATE OF NEW JERSEY, but hopes to factually verify that presumption at

trial.

9.    Upon information and belief defendants-claimants **POWERS KIRN, LLC,**

is a law firm authorized to business in the State of New Jersey.  They are the

masterminds behind the fabricated assignment of mortgage in this action that

has cast an interminable cloud upon the title of the property in this action.

Plaintiff intends to depose all actors from this firm who participated in this

mother of all fabrications, and IF THEY TURN OUT TO BE OFFICERS OF THE COURTS OF NEW JERSEY, will recommend their permanent disbarment in order to preserve the integrity of the judicial process and system under the original United States Constitution within Article 3 and under the common law.

10. Upon information and belief defendants-claimants **EDWARD W. KIRN, III, ESQ, CHRISTOPHER D. ACKLEY, ESQ, SARAH E. POWERS,** are ATTORNEYS/STATE ACTORS/OFFICERS OF THE COURT, who are either associates or nominal owners of the law firm of defendants-claimants **POWERS KIRN, LLC. They are responsible for using their extremely privileged access to the courts of New Jersey as OFFICERS OF THE COURT, to cause BY THEIR ACTIONS A PERENIAL CLOUDING OF THE TITLE TO PLAINTIFF'S PROPERTY BY ACTING AS FICTITIOUS AGENTS OF NON-EXISTENT CLIENTS AT FORLECLOSURE PROCEEDINGS, AND OPERATING "A FORECLOSURE MILL" at the irreparable expense and damage of plaintiff.**

11. Upon information and belief Plaintiff is ignorant of the true names and capacities of defendants sued herein as **JOHN/JANE DOES ONE to INFINITY,** inclusive, who have participated in clouding the title to the

property in this action in different insidious ways while sometimes acting in
capacities including, but not limited to, REAL ESTATE INVESTMENT
TRUSTS (REIT), SPECIAL PURPOSE VEHICLES (SPV), OR OTHER
SUCH DECEPTIVE CAPACITIES et cetera, et cetera, and therefore sues
these defendants by such fictitious names. Plaintiff will amend this
complaint to allege their true names and capacities when ascertained.

## JURISDICTION AND VENUE

12.    Jurisdiction and venue are proper in this court pursuant to New Jersey Rule
       4:62, the property in this action is located in Bergen County on the day of
       filing this complaint.

## FIRST CAUSE OF ACTION

13.    Plaintiff repeats and re-alleges the preceding paragraphs one through twelve
       and incorporates them herein as if fully reproduced and functioning.

14.    Plaintiff is informed and believes and thereon alleges that, at all times herein
       mentioned, each of the defendants-claimants sued herein was the agent and
       or employee of each of the remaining defendants and was at all times acting
       within the purpose and scope of such agency and employment and are
       collectively and individually responsible for clouding the title to her private
       property and causing her to remain in hostile occupation in violation of
       Constitutional law, THE SUPREME LAW OF THE LAND.

15.     Plaintiff is informed and believes and thereon alleges that, at all times herein

mentioned, the interests or ownership claims in the property in this action by

**COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME**

**LOANS SERVICING LP, BAC HOME LOANS SERVICING, LP AND**

**BANK OF AMERICA, N.A., and its assigns, agents, and successors in**

**interest,** purportedly dating back to nunc pro tunc JUNE 1, 2007, results

from a fabricated assignment of mortgage instrument through the

participation of the notorious robot-endorser **MICHELE SJOLANDER** .

Wherefore the court must declare such assignments and its appurtenances as

void *ab initio*, since such claim of interests is without any rights, and as such

defendants  **COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE**

**HOME LOANS SERVICING LP, BAC HOME LOANS SERVICING,**

**LP AND BANK OF AMERICA, N.A., COUNTRYWIDE HOME**

**LOANS SERVICING LP, and successors in interest** have not legal or

equitable rights, claim or interest in the said property but only contributed in

clouding its title and irreparable damaging plaintiff.

16.     Plaintiff is informed and believes and thereon alleges that, at all times herein

mentioned, defendants-claimants **COUNTRYWIDE HOME LOANS,**

**INC.,** <u>held</u> nothing of **<u>CONSTITUTIONAL TANGIBILITY</u>** OR value in

its hands on the day of JUNE 1, 2007, that would have supposedly devolved or accrued to **COUNTRYWIDE HOME LOANS SERVICING LP, OR BAC HOME LOANS SERVICING, LP OR BANK OF AMERICA, N.A., OR COUNTRYWIDE HOME LOANS, INC.,** or **and its assigns, agents, and successors in interest,** received or came into ownership of anything of value since they used their AGENT **FORGER** GEORGE GREENE TO FORGE AND NOTARIZE plaintiff's signature without her authorization or presence or ever setting eyes on her, as a result this alleged conveyance must be declared void ab initio and plaintiff returned to her peaceful and quiet possession of her private property.

17.    Plaintiff is informed and believes and thereon alleges that, at all relevant times herein mentioned, that defendant-claimant **CHICAGO TITLE SERVICELINK DIVISION, was grossly negligent in insuring a defective title which** has now prevented plaintiff was enjoying a peaceful possession of her private property.

18.    Plaintiff is informed and believes and thereon alleges that, at all relevant times herein mentioned, that defendant-claimant **CHICAGO TITLE SERVICELINK DIVISION** failed to as-certain and perform due diligence to discover  the fact that STATE ACTOR AND NOTARY PUBLIC, GEORGE GREENE FORGED plaintiff's signature and lied that she was in

his presence and signed the alleged mortgage instrument of JUNE 1, 2007, wherefore the title that was supposedly insured on that day remains clouded today and as such the court must declare that due to the continuing break in the chain of title to the property in this action, plaintiff stands alone as the legitimate claimant and holder of title in the said property due the fraud and fabrication of defendants.

19. Wherefore the court must declare such endorsements and or assignments and its appurtenances as void *ab initio*, since such claim of interests is without any rights whatsoever and if allowed to perpetuate will only expand the dimensions of the cloud already surrounding the title to plaintiff's property.

20. As a result, all such pretentions of receiving value on the day of JUNE 1, 2007, are bogus and void ab initio and constitute a cloud upon the title which must now be removed permanently and forever against the entire world.

21. Plaintiff is informed and believes and thereon alleges that, at all relevant times herein mentioned, defendant claimant **GEORGE GREENE**, participated in the fabrication of plaintiff's and falsely attested to an event he had absolutely no knowledge of, therefore his attestation must be declared null and void ab initio and be subjected to rigorous discovery of truth through depositions, subpoenas, at trial to ascertain who paid him to fabricate and falsely authenticate plaintiff's signature.

22.   Plaintiff is informed and believes and thereon alleges that, at all relevant times herein mentioned, defendants-claimants **POWERS KIRN, LLC, EDWARD W. KIRN, III, ESQ, CHRISTOPHER D. ACKLEY, ESQ, SARAH E. POWERS, collectively took capricious advantage of their position as a law firm and or OFFICER OF THE COURT,** to facilitate the forceful and deceptive practice of unlawful tresspassory seizure/taking via unjust enrichment by fabricating the existence of void clients (**BAC HOME LOANS SERVICING, LP**) upon whose name they cause an invasion/intrusion with the intent to possess and has irreparably damaged plaintiff and must be held accountable to her as United States of America Constitutional Law, THE SUPREME LAW OF THE LAND.

23.   Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, the interests or ownership claims in the property in this action by all unknown/anonymous or yet to be uncovered PERSONS/ENTITIES OR CORPORATIONS, INDIVIDUAL, TRUSTS, sued herein as **JOHN/JANE DOES ONE to INFINITY**, inclusive, who have participated in clouding the title to the property in this action are now indebted to plaintiff for insidiously damaging her by violently and forcefully trespassing into her private property and clouding the title to its peaceful possession.

24. Plaintiff is informed and believes and thereupon alleges that the claims of interest in the property in this action by **ALL** defendants-claimants are without any merits whatsoever and therefore they do not possess any rights whatsoever, and have not legal or equitable right, claim, or interest in said property, not now, then or tomorrow OR FOREVER.

25. **Plaintiff hereby prays the court to deem all motions to dismiss by any and all defendants as tantamount to motion to permanently dismiss itself from claims against the property forever pursuant to The Supremacy of the United States Constitution and in the arcane common law principles and all International treaties protecting the unalienable Rights of Indigenous People of this Earth.**

26. Plaintiff hereby prays the court to deem all vague answers or responses by any and all defendants as tantamount to motion to permanently dismiss itself from claims against the property forever **pursuant to The Supremacy of the United States Constitution and in the arcane common law principles and all International treaties protecting the unalienable Rights of Indigenous People of this Earth, which plaintiff demands MUST be adjudicated upon in front of a Jury of Her Peers.**

27. Plaintiff hereby prays the court to deem all answers or responses purporting to have no knowledge as to the allegations herein, by any and all defendants

as tantamount to motion to permanently dismiss itself from claims against the property forever **pursuant to The Supremacy of the United States Constitution and in the arcane common law principles and all International treaties protecting the unalienable Rights of Indigenous People of this Earth, which plaintiff demands MUST be adjudicated upon in front of a Jury of Her Peers.**

28.   Plaintiff hereby prays the court to deem all answers or responses purporting to be bald and general denials as to the allegations herein, by any and all defendants as tantamount to motion to permanently dismiss itself from claims against the property forever **pursuant to The Supremacy of the United States Constitution and in the arcane common law principles and all International treaties protecting the unalienable Rights of Indigenous People of this Earth, which plaintiff demands MUST be adjudicated upon in front of a Jury of Her Peers.**

29.   Plaintiff hereby prays and respectfully remind the court that it cannot condone, shelter, approve, join, allow, ALL THE ATTORNEYS THAT WILL APPEAR IN THIS ACTION USING THEIR ALLEGED "AFFIRMATIONS" TO BLOCK THE bona fide appearance and verified testimonies of any and all defendants named herein, if they be fictitious

corporations, they must appear through a Human Agent with FIRST HAND knowledge of the event.

30. Plaintiff hereby prays and respectfully remind the court that it will be participating in and condoning the crime of conspiracy to ANNIHILATE the Constitutional Rights of plaintiff if it allows or sanctions the **hearsay** "**AFFIRMATIONS OF ATTORNEYS**" who as OFFICERS OF THE COURT ARE **STATE ACTORS** AND CONLFICT OF INTEREST TO REPLACE THE TESTIMONIES OF DEFENDANTS WITH TRUE KNOWLEDGE OF THE EVENTS HEREIN MENTIONED, in VIOLATION THE United States Constitution and the Oath of Office executed by the presiding JUDGE.

31. Plaintiff hereby prays and respectfully remind the court that it cannot condone, shelter, approve, join, OR allow ANY AND ALL ATTORNEYS who has NOT FILED HIS/HER OATH OF OFFICE TO APPEAR IN THIS ACTION.

32. ALL AFFIRMATIONS OF ATTORNEYS LACKING verified affidavits and sworn testimonies of the actual people with first hand knowledge of the event will be rejected and returned as a contumacious and malicious effort by that ATTORNEY to willfully damage plaintiff.

## SECOND CAUSE OF ACTION

33.  Plaintiff incorporates and re-alleges paragraphs 1-32 as though fully reproduced and functioning herein.

34.  Plaintiff therefore seek a declaration that the title to the subject property is properly vested in plaintiff alone and that the defendants-claimants and all the world, herein, and each of them, be declared to have no estate, right, title or interest in the subject property and that said defendants-claimants, and each of them, be forever enjoined from asserting any estate, right, title or interest in the subject property adverse to plaintiff herein.

## PRAYER FOR RELIEF, RESTITUTION AND REMEDY

35.  Plaintiff incorporates and re-alleges paragraphs 1-34 as though fully reproduced and functioning herein.

36.  Plaintiff therefore seeks from each named defendant, to wit,

**COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP A/K/A BAC HOME LOANS SERVICING, LP, MICHELE SJOLANDER, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, POWERS KIRN, LLC, EDWARD W. KIRN, III, ESQ, CHRISTOPHER D. ACKLEY, ESQ, SARAH E. POWERS, GEORGE GREENE, and agents, assigns and successors in interest, JOHN/JANE DOES ONE to INFINITY,** inclusive, as will be ascertained now, tomorrow, and forever,

a compensatory reward, surety against future similar acts, and restitution in the nature of a sum certain amount of **$1,000,000** (one million united states of America dollars), for participating and bringing to fruition unlawful acts of forceful tresspassory deception, fabrication, forgery, tresspassory extinguishment, that have clouded title to the property in this action and necessitated the filing of this action to remove said clouds.

**WHEREFORE, plaintiff prays judgment against ALL defendants-claimants and all the world and each of them, as follows:**

37. For an order compelling said defendants-claimants and each of them, to transfer legal title and possession of the subject property to Plaintiff herein;

38. For a declaration and determination that Plaintiff is the rightful holder of title to the property and that defendants-claimants herein, and each of them, be declared to have no estate, right, title or interest in said property;

39. For a judgment forever enjoining said defendants-claimants herein, and each of them, from claiming any estate, right, title or interest in the subject property;

40. For costs of suit herein incurred;

41. For such other and further relief as the court may deem proper and just.

Sept. 13, 2011
**Date**

By: *Natalie B. Wells*
**Signature, All Rights Reserved**

*Natalie B. Wells*
**Type or Print Your Name**

(Check One) ☐Defendant ☒Plaintiff

## CERTIFICATE OF NO OTHER ACTIONS

I certify that the dispute which about which I am suing is not the subject of any
other action pending in any other court or a pending arbitration proceeding to the
best of my knowledge and belief.  Also, to the best of my knowledge and belief no
other action or arbitration proceeding is contemplated.  Further, other than the
parties set forth in this complaint, I know of no other parties that should be made a
part of this lawsuit.  I addition, I recognize my continuing obligation to file and
serve on all parties and the court an amended certification if there is a change in
the facts stated in this original certification.

Sept. 13, 2011
**Date**

By: *Natalie B. Wells*
**Signature, All Rights reserved**

*Natalie B. Well*
**Type or Print Your Name**

(Check One) ☐Defendant ☒Plaintiff

## JURY DEMAND

The Plaintiff demands trial by a jury on all of the issues outlined in all paragraphs
contained in this complaint, pursuant to New Jersey Court Rules 1:8-2(b) and 4:35-
1(a).

Sept. 13, 2011
**Date**

**By:** *Natalie B. Wells*
**Signature, All Rights Reserved**

Natalie B. Wells
**Type or Print Your Name**

**(Check One)** ☐**Defendant** ☒**Plaintiff**

Natalie B. Wells,
**77 TENAFLY ROAD**
**ENGLEWOOD, NJ 07631**
Plaintiff, For Herself
(201)-543-3346

Natalie B. Wells
Plaintiff-Settlor,

Vs.

COUNTRYWIDE HOME LOANS, INC.
BAC HOME LOANS SERVICING, L.P.
COUNTRYWIDE HOME LOANS SERVICING LP
BANK OF AMERICA, N.A.
POWERS KIRN, LLC
EDWARD W. KIRN, III, ESQ
CHRISTOPHER D. ACKLEY, ESQ
SARAH E. POWERS
RED OAK MERGER CORPORATION
MICHELE SJOLANDER
GEORGE GREENE
CHICAGO TITLE SERVICELINK DIVISION
FIDELITY NATIONAL FINANCIAL (FNF)
JOHN/JANE DOES ONE to INFINITY, *such
entities being unknown to plaintiffs
at this time but who may have legal
claims against the property capable
Of clouding its title.*

Defendants-Claimants

**SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, CIVIL PART**

**BERGEN COUNTY**

**DOCKET NO:** _L 7890-11_

**CIVIL ACTION**

**COMPLAINT TO QUIET TITLE TO
PROPERTY LOCATED AT 77 TENFLY
ROAD, ENGLEWOOD, NJ 07631 AGAINST
ALL THE WORLD**

**PURSUANT TO RULE 4:62**

**JURY TRIAL DEMANDED**

**NOTICE OF LIS PENDENS**

**TO WHOM IT MAY CONCERN:**

Notice is hereby given of the commencement and pendency of the above-

captioned Civil Action, the general objects of which are:

1.   To quiet title to the named property in this action against all named

defendants and against all the world and vest it permanently on plaintiff.

2.    To obtain judgment declaration and determination that Plaintiff is the rightful holder of title to the property and that defendants-claimants herein, and each of them, be declared to have no estate, right, title or interest in said property;

3.    For a judgment forever enjoining said defendants-claimants herein, and each of them, from claiming any estate, right, title or interest in the subject property;

4.    The complaint in the above entitled action was filed in the Office of the Clerk of the Superior Court of New Jersey on _Sept. 16_ 2011.

_Sept, 13, 2011_
**Date**

By: _Natalie B. Wells_
**/Signature, All Rights Reserved**

_Natalie B. Wells_
**Type or Print Your Name**

**(Check One)☐Defendant ☒Plaintiff**

Page | 20

# VERIFICATION AND CERTIFICATION

I certify that the foregoing statements made by me are true to the best of

my knowledge and belief. I am aware that if any of the foregoing

statements made by me are willfully false, I am subject to punishment.

Sept 14, 2011
**Date**

By: _____
**Signature, All Rights Reserved**

Natalie B. Wells
**Type or Print Your Name**

(Check One) ☐ Defendant ☒ Plaintiff

**NEW JERSEY NOTARY PUBLIC**

DEVEY B PAZANT
Notary Public
State of New Jersey
My Commission Expires Jun 27, 2012

**MY COMMISION EXPIRES**

## CERTIFICATION OF SERVICE

I certify that I served a copy of this original complaint and any accompanying

pages by mailing it to the persons and attorneys listed below by regular and

certified mail.

I certify that the foregoing statements made by me are true. I am aware that if

any of the foregoing statements made by me are willfully false, I am subject to

punishment.

1. **FIDELITY NATIONAL FINANCIAL (FNF) and**
   **CHICAGO TITLE SERVICELINK DIVISION**
   **Corporate Office**
   **345 Rouser Road**
   **Coraopolis, PA 15108**
   **(800) 777-8759**
   **Certified Mail Number:**

2. **GEORGE GREENE**
   5 CEDAR STREET
   HILLSDALE, NJ 07642
   201-805-6497

   **Certified Mail Number:**

3. **POWERS KIRN, LLC**
   **728 MARNE HIGHWAY,**
   **SUITE 200**
   **MOORESTOWN, NJ 08057**
   **(856) 802-1000**

**Certified Mail Number:**

4.   **EDWARD W. KIRN, III, ESQ,**
     **CHRISTOPHER D. ACKLEY, ESQ,**
     **SARAH E. POWERS,**
     **728 MARNE HIGHWAY,**
     **SUITE 200**
     **MOORESTOWN, NJ 08057**
     **(856) 802-1000**

**Certified Mail Number:**

6.   **BANK OF AMERICA, N.A**

     **100 N TRYON ST**

     **CHARLOTTE, NC 28202**

     **Certified Mail Number:**

7.   **BAC HOME LOANS SERVICING, LP,**

     100 N TRYON ST

     CHARLOTTE, NC 28202

     **Certified Mail Number:**

8.   **COUNTRYWIDE HOME LOANS SERVICING LP**

     100 N TRYON ST

     CHARLOTTE, NC 28202

     **Certified Mail Number:**

9.   **RED OAK MERGER CORPORATION**

     **100 N TRYON ST**

     **CHARLOTTE, NC 28202**

     **Certified Mail Number:**