<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| NATALIE B. WELLS, | |
| Plaintiff, | Civil Action No. 11-7556 (SDW) |
| v. | **ORDER** |
| COUNTRYWIDE HOME LOANS, INC., et al. | |
| Defendant. | October 26, 2012 |

<u>**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**</u>

This matter comes before this Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed July 19, 2012, regarding Plaintiff's motion to remand this action to the Superior Court of New Jersey, Law Division, Bergen County, for lack of subject matter jurisdiction, and alternatively based on a procedural defect in the removal procedure (the "Motion"). (*See* Dkt. No. 6.)  No objection to the R&R has been filed.

This Court has reviewed the R&R as well as the briefs and documents pertaining to the Motion on file in this matter.  Based on the foregoing, and for good cause shown,

**IT IS**, on this 26th day of October, 2012,

**ORDERED** that the R&R of Magistrate Judge Arleo, filed July 19, 2012, is **ADOPTED; SO ORDERED.**

s/ Susan D. Wigenton, U.S.D.J.

cc:   Clerk
      Magistrate Judge Madeline C. Arleo
      Parties